UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
APR 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:     **E-filing**

1. ✓ Your petition has been filed as civil case number __CV 08 2192__

✓ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. ✓ ____ you did not file an <u>In Forma Pauperis</u> Application.

**JF**

2. ____ the <u>In Forma Pauperis</u> Application you submitted is insufficient because:

**(PR)**

____ You did not use the correct form. You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

____ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

____ You did not sign your <u>In Forma Pauperis</u> Application.

____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

____ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's <u>In Forma Pauperis</u> Application will allow the court to determine whether prepayment of the filing fee should be waived.

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

rev. 11/07

PICKENS