E-filing

FILED
08 MAY 16 PM 12:43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 2192 JF (PR)

_____,
      Plaintiff,

vs.

_____,
      Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Todd T Pickens, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____N/A_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.   (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  ___SELF EMPLOYED AS CATERER___
5  _____
6  ___GROSS $700.00 to 900.00 MONTHLY___
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.   Business, Profession or           Yes ___  No _✓_
10        self employment
11   b.   Income from stocks, bonds,         Yes ___  No _✓_
12        or royalties?
13   c.   Rent payments?                     Yes ___  No _✓_
14   d.   Pensions, annuities, or            Yes ___  No _✓_
15        life insurance payments?
16   e.   Federal or State welfare payments, Yes ___  No _✓_
17        Social Security or other govern-
18        ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____
23  3.   Are you married?                    Yes _✓_  No ___
24  Spouse's Full Name: ___DENISE PICHENS___
25  Spouse's Place of Employment: ___?___
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $___?___     Net $___?___
28  4.   a.   List amount you contribute to your spouse's support:$ ___∅___

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

C 04-2126

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-13-08                               [signature]
DATE                                  SIGNATURE OF APPLICANT

```
 1
 2                                           Case Number: _____
 3
 4
 5
 6
 7
 8                         CERTIFICATE OF FUNDS
 9                                  IN
10                         PRISONER'S ACCOUNT
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of _____ for the last six months
                                        [prisoner name]
14  _____ where (s)he is confined.
         [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $_____ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $_____.
18
19  Dated:_____                    _____
                                        [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28
```

- 5 -

```
REPORT ID: TS3030  .701                                               REPORT DATE: 04/08/08
                                                                       PAGE NO:        1
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                   CTF SOLEDAD/TRUST ACCOUNTING
                                   INMATE TRUST ACCOUNTING SYSTEM
                                   INMATE TRUST ACCOUNT STATEMENT

                          FOR THE PERIOD: JAN. 01, 2008 THRU APR. 08, 2008

ACCOUNT NUMBER  : P16993                          BED/CELL NUMBER: NORAT300000032EL
ACCOUNT NAME    : PICKENS, TODD DWAYNE              ACCOUNT TYPE: I
PRIVILEGE GROUP : A
                                    TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION    COMMENT       CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
-----   ----  -----------    -------       ---------   --------    -----------    -------

01/01/2008    BEGINNING BALANCE                                                      0.00

02/05  D340  EFT DEPOSIT     2493 68757                 30.00                       30.00
02/15  D340  EFT DEPOSIT     2633 8756                  40.00                       70.00
02/15  W516  LEGAL COPY CH   2632 LCOPY                              2.40           67.60
02/19  D340  EFT DEPOSIT     2676 68759                100.00                      167.60
02/21  W450  DONATION-VETE   2704MOHIGH                              9.00          158.60
02/25  FC02  DRAW-FAC 2      2748 U-I                              158.60            0.00
03/14  D340  EFT DEPOSIT     3002 68596                 40.00                       40.00
03/18  D300  CASH DEPOSIT    3034 68402                 20.00                       60.00
03/21  DD39  REV EFT DEPOS   3073 3002                  40.00-                      20.00
03/24  FC02  DRAW-FAC 2      3089 UNIT1                             20.00            0.00

                                  TRUST ACCOUNT SUMMARY

  BEGINNING        TOTAL         TOTAL         CURRENT        HOLDS       TRANSACTIONS
  BALANCE         DEPOSITS     WITHDRAWALS     BALANCE       BALANCE      TO BE POSTED
  ---------      ---------     -----------    ---------     ---------    -------------
     0.00         190.00         190.00          0.00          0.00           0.00

                                                                           CURRENT
                                                                          AVAILABLE
                                                                           BALANCE
                                                                          ---------
                                                                             0.00
```

TODD PICKENS P-16993
P.O. BOX 70570 RA3LLL
SOLEDAD CA, 93960-0706

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES