NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD D. PICKENS, | No. C 08-2192 JF (PR) |
| Petitioner, | ORDER DENYING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| BEN CURRY, Warden, | |
| Respondent. | (Docket No. 5) |

Petitioner, a state prisoner proceeding pro se, filed the above titled action challenging his medical care and treatment at the Correctional Training Facility in Soledad, California. The Court dismissed the habeas action without prejudice on May 8, 2008, because Petitioner's claims were more appropriately addressed in a civil rights complaint pursuant to 42 U.S.C. §1983, as challenging conditions of confinement.

After the case was dismissed and judgment entered, petitioner filed a motion to proceed in forma pauperis (Docket No. 5) on May 16, 2008. However, the application is deficient because petitioner failed to attach a completed Certificate of Funds in Prisoner's Account signed by an authorized prison official. Accordingly, the motion is DENIED.

IT IS SO ORDERED.

DATED: 5/30/08

JEREMY FOGEL
United States District Judge

Order Denying Motion for Leave to Proceed IFP
P:\PRO-SE\SJ.JF\HC.08\Pickens192.deny-ifp.wpd